**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRIAN HICKS** **PLAINTIFF**

**v.** **No. 4:26-cv-797-DPM**

**TEXARKANA ARKANSAS POLICE DEPARTMENT; SAMUEL MCJUNCKINS, Detective, Texarkana Police Department; WAYNE EASLEY, Sheriff, Miller County; TOM POTTER, Judge, Miller County; JACOB POTTER, Public Defender, Miller County; CONNIE MITCHELL, Prosecuting Attorney, Miller County; CARTON JONES, Judge, Miller County; JESSICA MINERS, Parole Officer, Arkansas Community Corrections; SARAH HUCKABEE SANDERS, Governor; SHIRLEY ELLINBURG, Parole/Probation Manager, Arkansas Community Corrections; JOE GRIFFIN, Judge, Miller County; DEXTER PAYNE, Director, ADC; MILLER COUNTY SHERIFF'S OFFICE, Detention Center; JEFFIE WALKER, Warden, Miller County Sheriff's Office/Detention Center; MOSLEY, Correctional Officer, Miller County Sheriff's Office/Detention Center; GUTHERY, Correctional Officer, Miller County Sheriff's Office/ Detention Center; ADAMS, Correctional Officer, Miller County Sheriff's Office/Detention Center; DOE,**

**"Officer", Texarkana Arkansas Police Department, "Office of the Secretary", Law Enforcement, Governor Mansion; JOSHUA PENDERGRASS, Police Officer, Texarkana, AR Police Dept.; JEREMY TAYLOR, Police Officer, Texarkana, AR Police Dept.; MILLER COUNTY DETENTION CENTER; DON BECK, Deputy Prosecuting Attorney, State of Arkansas 85th Judicial District** **DEFENDANTS**

**ORDER**

Hicks submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts alleged and the defendants named, venue properly lies in the District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

31 August 2026