**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRIAN HICKS** **PLAINTIFF**

**v.** **No. 4:26-cv-797-DPM**

**TEXARKANA ARKANSAS POLICE DEPARTMENT, SAMUEL MCJUNCKINS, Detective, Texarkana Police Department; WAYNE EASLEY, Sheriff, Miller County; TOM POTTER, Judge, Miller County; JACOB POTTER, Public Defender, Miller County; CONNIE MITCHELL, Prosecuting Attorney, Miller County; CARTON JONES, Judge, Miller County; JESSICA MINERS, Parole Officer, Arkansas Community Corrections; SARAH HUCKABEE SANDERS, Governor; SHIRLEY ELLINBURG, Parole/Probation Manager, Arkansas Community Corrections; JOE GRIFFIN, Judge, Miller County; DEXTER PAYNE, Director, ADC; MILLER COUNTY SHERIFF'S OFFICE, Detention Center; JEFFIE WALKER, Warden, Miller County Sheriff's Office/Detention Center; MOSLEY, Correctional Officer, Miller County Sheriff's Office/Detention Center; GUTHERY, Correctional Officer, Miller County Sheriff's Office/Detention Center; ADAMS, Correctional Officer, Miller County Sheriff's Office/Detention**

**Center; DOE, "Officer", Texarkana Arkansas Police Department, "Office of the Secretary", Law Enforcement, Governor Mansion; JOSHUA PENDERGRASS, Officer, Texarkana, Police Department; JEREMY TAYLOR, Officer, Texarkana, Police Department; MILLER COUNTY DETENTION CENTER; and DON BECK, Deputy Prosecuting Attorney, State of Arkansas 85th Judicial District**

**DEFENDANTS**

**ORDER**

Hicks filed a motion after the case was transferred to the Western District of Arkansas. The Court directs the Clerk of Court to terminate the motion here, *Doc. 7*, and forward it to the Western District for a ruling.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 September 2026